## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *AONGANETTE DENISE WILLIAMS*                    Case No.:   *05-08525-8-JRL*

### REPORT OF UNCLAIMED DIVIDEND

 The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

 1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *AONGANETTE DENISE WILLIAMS* | $4.00 |
| *4465 BURNEY RD*<br>*WHITE OAK, NC 28399* | |

 2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

 WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

 DATED:  July 1, 2010

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295